such orderly disposition of the matter. It appears that this application ·is made on the eve of the regular village election in which the plaintiff is a candidate for office, opposed by certain of the defendants, and the matter involved is one of the issues before the voters. Under the circumstances it is better that this court should not interfere. Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHARLES F. BRIDDON, Respondent, v. KATHRYN LANGDON BRIDDON, Defendant. PHILIP SMITH, Appellant.— Motion to resettle order granted. Present — Mills, Blackmar, Kelly and Jaycox, JJ.

CHARLES F. BRIDDON, Respondent, v. KATHRYN LANGDON BRIDDON, Defendant. PHILIP SMITH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted pending application to the Court of Appeals. Present — Mills, Blackmar, Kelly and Jaycox, JJ.

AREUNAH M. BRINK, as Administrator, etc., Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

ARMANDO COMINELLI, Respondent, v. J. ALFRED PISANI and Others, Appellants.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN L. CLYDE, Appellant, Respondent, v. WALTER WOOD, as Sole Surviving Partner, etc., Respondent, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILHELMINA CRUMP, Respondent, v. CHARLES W. BUCKHAM, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

BENJAMIN GOODRIDGE, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY and Another, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

BLANCHE GOODRIDGE, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY and Another, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

DOMINICK GUANDO, Respondent, v. HENRY ALPEN, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of DAVID SPIRO, an Attorney.— Matter referred to Hon. Josiah T. Marean as official referee, to hear proof and report, with his opinion, to this court. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

ALFRED T. JOHNSON, Appellant, v. JAMES T. ACKERMAN, Respondent.— Motion for stay granted on condition that appellant perfect the appeal, place the cause on the calendar for March 12, 1920, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present —Mills, Putnam, Blackmar and Kelly, JJ.

PARKERTON WIRE WORKS, INC., Respondent, v. ENDEE GARAGE CORPORATION, Appellant, and Others, Defendants.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the